AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*      DISTRICT OF   NEVADA

GILBERT DEMETRIUS AGUILAR,

      Petitioner,                 JUDGMENT IN A CIVIL CASE
V.

           CASE NUMBER: **3:12-cv-00317-RCJ-VPC**

STATE OF NEVADA,

      Respondents.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice for lack of jurisdiction over the subject matter.

   7/6/2012                                                **LANCE S. WILSON**
                                                                          Clerk

                                                                          /s/ Pamela McDonald
                                                                           Deputy Clerk