AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

GILBERT DEMETRIUS AGUILAR,

    Petitioner,

V.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:12-cv-00317-RCJ-VPC**

STATE OF NEVADA,

    Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice for lack of jurisdiction over the subject matter.

  7/6/2012                                                                      **LANCE S. WILSON**
                                                                                            Clerk

                                                                                        /s/ Pamela McDonald
                                                                                          Deputy Clerk